

**Patricia D. MATTISON, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 05–3371.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2005.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Hollis LEWIS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3370.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2005.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Cecil C. BAILEY, Petitioner,**

v.

**ENVIRONMENTAL PROTECTION AGENCY, Respondent.**

No. 05–3369.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2005.

Cecil C. Bailey, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

975

for failure to prosecute in accordance with the rules.

Petitioner's brief is due within 21 days from the date of filing of this order.

**Victoriano V. RAGADOS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 05–3351.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2005.

Victoriano V. Ragados, Kenneth S. Kessler, pro se.

ORDER

Order Vacated, See 2005 WL 3456857:

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Stephen D. FREEMAN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
Respondent.

No. 05–3323.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2005.

Stephen D. Freeman, Christian J. Moran, pro se.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.